

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00613-CV

**IN THE INTEREST A.T.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01707
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed because appellant is indigent.

SIGNED December 27, 2018.

Luz Elena D. Chapa, Justice